## ETHERIDGE, ET AL. V. CARTER DRY GOODS CO.

### *Creditor's Bill.*

(Decided Dec. 20, 1906.)

APPEAL from Conecuh Chancery Court.
Heard before Hon. W. L. PARKS.
HAMILLTON & CRUMPTON, for appellants.
JONES & CRAWFORD, for appellee.
Affirmed.
Opinion by ANDERSON, J.
TYSON, C. J., and DOWDELL and MCCLELLAN, JJ., concur.

---

## GILMER V. SOUTHWESTERN RAILWAY CO.

### *Assumpsit.*

(Decided Jan. 22, 1907.)

APPEAL from Coffee Circuit Court.
Heard before Hon. H. A. PEARCE.
J. F. SANDERS, for appellant.
J. M. CHILTON, A. A. WILEY, and RILEY & WILKERSON, for appellee.

Per curiam.—Appeal abates on account of death of appellant, no administrator having been made known to the court.

---

## JOHNSON V. THE STATE.

### *Crime.*

(Decided Feb. 7, 1907.)

APPEAL from Montgomery City Court.
Heard before Hon. W. H. THOMAS.
No counsel marked for appellant.
MASSEY WILSON, Attorney General, for the State.
Affirmed.
Opinion by SIMPSON, J.
TYSON, C. J., HARALSON and DENSON, JJ., concur.